UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-30019-JKS |
| JOSEPH BARRIOS, | Chapter: | 7 |
| Debtor. | Judge: | John K. Sherwood |

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | U.S. Bankruptcy Court<br>50 Walnut Street<br>Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on December 5, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 3 Long Ave., Mahwah, NJ

Valued at about $637,200

Less about 10% costs of sale

Liens on property: $720,083

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name:    /s/ Steven P. Kartzman

Address:    101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone No.: (973) 267-0220

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-30019-JKS
Joseph Barrios                                                          Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 3              Date Rcvd: Nov 07, 2017
                             Form ID: pdf905          Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
```
db         +Joseph Barrios,   3 Long Avenue,   Mahwah, NJ 07430-1115
517101341  +A Self Storage Of Little Ferry,    Attn. Billing Dept.,   50 Bergen Turnpike,
             Little Ferry, NJ 07643-1695
517101342  +American Express,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
517101343  +American Express,   Attn. Bankruptcy Correspondence Dept.,   PO Box 981540,
             El Paso, TX 79998-1540
517101344  +Ashley Forest, Esq.,   Law Offices of Ashley D. Forest,   800 Boylston Street,   16th Floor,
             Boston, MA 02199-7637
517101345  +Bergen County Sheriff's Office,   Attn: Civil Process Dept.,   10 Main Street,   2nd Floor,
             Hackensack, NJ 07601-7071
517101347  +Brian R. Donnelly, Esq.,   913 Route 23,   PO Box 275,   Pompton Plains, NJ 07444-0275
517101352  +CCS / First National Bank,   Attn. Bankruptcy Dept.,   500 E 60th St N,
             Sioux Falls, SD 57104-0478
517101350  +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
             Salt Lake City, UT 84130-0285
517101349  +Capital One,   Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
517101354  +Court Officer Bruce Piekarsky,   Bergen County Superior Court,   PO Box 1006,
             Hackensack, NJ 07602-1006
517101355  +Credence Resource Management,   Attn. Bankruptcy Dept.,   PO Box 2300,
             Southgate, MI 48195-4300
517101358  +EOS CCA,   Attn. Bankruptcy Dept.,   700 Longwater Drive,   Norwell, MA 02061-1624
517101360  +Fay Servicing LLC,   Attn. Bankruptcy Dept.,   901 S. 2nd Street,   Suite 201,
             Springfield, IL 62704-7909
517101359   Fay Servicing LLC,   Attn. Bankruptcy Correspondence Dept.,   PO Box 809441,
             Chicago, IL 60680-9441
517101361  +First National Credit Card,   First National Credit Card / Legacy,   Attn. Bankruptcy Dept.,
             PO Box 5097,   Sioux Falls, SD 57117-5097
517101362  +First Premier Bank,   Attn. Bankruptcy Dept.,   601 S Minnesota Avenue,
             Sioux Falls, SD 57104-4868
517101364  +Flavio B. Valdes,   C/O Ashley Forest, Esq.,   Law Offices of Ashley D. Forest,   PO Box 990066,
             Boston, MA 02199-0066
517101365 #+Friedman Vartolo LLP,   Attn. Ms. Catherine Aponte, Esq.,   950 Third Avenue,   11th Floor,
             New York, NY 10022-2775
517101366  +GEM Recovery Systems,   Attn. Bankruptcy Dept.,   1001 McBride Avenue,
             Little Falls, NJ 07424-2534
517101369  +Greenspan & Greenspan,   Attn. Mr. Leon J. Greenspan,   188 East Post Road,   Suite 401,
             White Plains, NY 10601-4915
517101373  +Merchant's Credit Guide Co.,   Attn. Bankruptcy Dept.,   223 W Jackson Blvd,   Suite 700,
             Chicago, IL 60606-6914
517101374  +Mid America Bk / total C,   5109 S Broadband Ln,   Sioux Falls, SD 57108-2208
517101376  +Mr. Leonard Franco, Jr, Esq.,   Midland Credit Managment,   1037 Raymond Boulevard,   Suite 710,
             Newark, NJ 07102-5427
517101382  +Nissan Motor Acceptance Corp.,   Attn: Bankruptcy Dept.,   PO Box 660360,
             Dallas, TX 75266-0360
517101383  +Nissan Motor Acceptance Corp/Infinity Lt,   Attn: Bankruptcy,   Po Box 660360,
             Dallas, TX 75266-0360
517101385  +OSLA / Dept of Education,   Attn: Bankruptcy Dept.,   PO Box 18475,
             Oklahoma City, OK 73154-0475
517101393 ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Section,
             P.O. Box 245,   Trenton, NJ 08695-0245)
517101391   Santander Consumer USA,   Attn. Bankruptcy Dept.,   PO Box 560284,   Dallas, TX 75356-0284
517101394   State of New York,   Albany County Clerk,   Albany County Courthouse, Room 128,
             16 Eagle Street,   Albany, NY 12207-1077
517101396  +Target,   C/O Financial & Retail Srvs,   Mailstopn BT POB 9475,   Minneapolis, MN 55440-9475
517101397  +Taylor, Bean & Whitake,   Attn: Bankruptcy Dept.,   1417 N Magnolia Ave,   Ocala, FL 34475-9078
517101398  +Verizon,   Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
             Weldon Springs, MO 63304-2225
517101399  +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
517101400  +Wells Fargo Dealer Services,   Attn: Bankruptcy,   Po Box 19657,   Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Nov 07 2017 22:32:35      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 07 2017 22:32:31      United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517101353  +E-mail/Text: ering@cbhv.com Nov 07 2017 22:32:27      Collection Bureau Hudson Valley, Inc.,
             Attn. Bankruptcy Dept.,   PO Box 831,   Newburgh, NY 12551-0831
517101356  +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 07 2017 22:33:20
             Credit Collection Services,   Attn. Billing & Bankruptcy Dept.,   725 Canton Street,
             Norwood, MA 02062-2679
```

```
District/off: 0312-2          User: admin              Page 2 of 3            Date Rcvd: Nov 07, 2017
                              Form ID: pdf905          Total Noticed: 51


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517101357      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 07 2017 22:35:27      Credit One Bank, NA,
                 Attn. Bankruptcy Dept.,    PO Box 98873,    Las Vegas, NV 89193-8873
517101367      +E-mail/Text: ally@ebn.phinsolutions.com Nov 07 2017 22:31:43      GMAC,    Po Box 105677,
                 Atlanta, GA 30348-5677
517101370       E-mail/Text: cio.bncmail@irs.gov Nov 07 2017 22:32:04      Internal Revenue Service,
                 11601 Roosevelt Blvd.,    P.O. Box 21126,    Philadelphia, PA 19114
517101371      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 07 2017 22:31:52      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517101372      +E-mail/Text: M74banko@daimler.com Nov 07 2017 22:33:29      Mercedes-Benz Financial,
                 Po Box 685,    Roanole, TX 76262-0685
517101375      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2017 22:32:30      Midland Credit Management, Inc,
                 Attn. Bankruptcy Dept.,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
517101377      +E-mail/PDF: pa_dc_claims@navient.com Nov 07 2017 22:35:47      Navient,
                 US Dept. of Education Loan Servicing,    PO Box 9635,    Wilkes-Barre, PA 18773-9635
517101384       E-mail/Text: bcwrtoff@cablevision.com Nov 07 2017 22:33:20      Optimum,    Attn. Billing Dept.,
                 111 Stewart Ave,    Bethpage, NY 11714
517101387       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2017 22:42:54
                 Portfolio Recovery Associates, LLC,    Attn: Billing & Bankruptcy Dept.,
                 120 Corporate Boulevard,    Norfolk, VA 23502-4952
517101389      +E-mail/Text: bkdepartment@rtresolutions.com Nov 07 2017 22:32:45      Real Time Resolutions,
                 Attn: Bankruptcy Dept.,    Po Box 36655,    Dallas, TX 75235-1655
517101392      +E-mail/Text: clientservices@sourcerm.com Nov 07 2017 22:33:07
                 Source Receivables Management, LLC,    Attn. Bankruptcy Dept.,    PO Box 4068,
                 Greensboro, NC 27404-4068
517101395      +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2017 22:29:55      Synchrony Bank,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517101346*     +Bergen County Sheriff’s Office,    Attn: Civil Process Dept.,    10 Main Street,    2nd Floor,
                 Hackensack, NJ 07601-7071
517101348*     +Brian R. Donnelly, Esq.,    913 Route 23,    PO Box 275,    Pompton Plains, NJ 07444-0275
517101351*     +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517101363*     +First Premier Bank,    Attn. Bankruptcy Dept.,    601 S Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
517101368*     +GMAC,    Po Box 105677,    Atlanta, GA 30348-5677
517101378*     +Navient,    US Dept. of Education Loan Servicing,    PO Box 9635,    Wilkes-Barre, PA 18773-9635
517101379*     +Navient,    US Dept. of Education Loan Servicing,    PO Box 9635,    Wilkes-Barre, PA 18773-9635
517101380*     +Navient,    US Dept. of Education Loan Servicing,    PO Box 9635,    Wilkes-Barre, PA 18773-9635
517101381*     +Navient,    US Dept. of Education Loan Servicing,    PO Box 9635,    Wilkes-Barre, PA 18773-9635
517101386*     +OSLA / Dept of Education,    Attn: Bankruptcy Dept.,    PO Box 18475,
                 Oklahoma City, OK 73154-0475
517101388*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,
                 Attn: Billing & Bankruptcy Dept.,    120 Corporate Boulevard,    Norfolk, VA 23502-4952)
517101390*     +Real Time Resolutions,    Attn: Bankruptcy Dept.,    Po Box 36655,    Dallas, TX 75235-1655
                                                                                        TOTALS: 0, * 12, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                               Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Nov 07, 2017
                              Form ID: pdf905          Total Noticed: 51
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:

```
          Daniel   Kohn    on behalf of Debtor Joseph  Barrios dkohn@rclawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS
           FUND SOCIETY, FSB AS TRUSTEE FOR GFT MORTGAGE LOAN TRUST, SERIES 2014-1 rsolarz@kmllawgroup.com
          Steven P. Kartzman     kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;angiea@msklaw.net;jloewenstein@msklaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```