UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Adam J. Friedman, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorney for Fay Servicing LLC as servicer for
Wilmington Savings Fund Society, FSB, not in its
individual capacity but solely as owner trustee for GFT
Mortgage Loan Trust 2015-GFT2
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

IN RE:

Joseph Barrios

Debtor

**Order Filed on December 20,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey**

CASE NO.: 17-30019

CHAPTER:7

HON. JUDGE.:
JOHN K. SHERWOOD

HEARING DATE
December 19, 2017 at 10:00 AM

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

—

**DATED: December 20,
2017**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of application Fay Servicing LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for GFT Mortgage Loan Trust 2015-GFT2, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 3 Long Avenue, Mahwah, New Jersey 07430

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit application Fay Servicing LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for GFT Mortgage Loan Trust 2015-GFT2, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises located at 3 Long Avenue, Mahwah, New Jersey 07430; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-30019-JKS
Joseph Barrios                                                            Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1            Date Rcvd: Dec 20, 2017
                              Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
db            +Joseph Barrios,   3 Long Avenue,   Mahwah, NJ 07430-1115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
          Adam Jason Friedman    on behalf of Creditor   Fay Servicing LLC bankruptcy@friedmanvartolo.com
          Daniel Kohn    on behalf of Debtor Joseph  Barrios dkohn@rclawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS
           FUND SOCIETY, FSB AS TRUSTEE FOR GFT MORTGAGE LOAN TRUST, SERIES 2014-1 rsolarz@kmllawgroup.com
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5